UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No.: 1:07-CR-23-SPM

CHARLES EDWARD DEERING,

   Defendant.
_____/

## ORDER TO UNSEAL SEARCH WARRANT

**THIS CAUSE** comes before the Court on the "Defendant's Motion to Unseal" (doc. 16).   The Defendant argues that in order for to properly prepare for this case, he must be aware of the items that they may use against him at trial.  The Government has represented to this Court that they do not oppose this motion.  Accordingly, finding the request to be reasonable, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Defendant's motion to unseal the search warrant is *granted*.

2. The Clerk of the Court is ordered to unseal the search warrant.

**SO ORDERED** this <u>thirteenth</u> day of September, 2007.

   *s/ Stephan P. Mickle*
   Stephan P. Mickle
   United States District Judge